# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRANCINE COLE,** | **Civil Action Number:** |
| Plaintiff, | **2:10-cv-04706 (WJM)** |
| v. | **ORDER** |
| **TOWN OF MORRISTOWN,** *et al.*, | |
| Defendants. | |

**THIS MATTER** comes before the Court on motions for summary judgment pursuant to Fed. R. Civ. P. 56. The first motion was filed by the Town of Morristown, Morristown Police Department, and all Defendants who are employees of those entities ("Morristown Defendants"). The second motion for summary judgment was filed by St. Clare's Hospital and all Defendants who are employees of St. Clare's Hospital ("St. Clare's Defendants"). For the reasons set forth in the accompanying opinion,

**IT IS** on this 4th day of March 2014, hereby,

**ORDERED** that the Morristown Defendants' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that the St. Clare's Defendants' motion for summary judgment is

1

**GRANTED**; and it is further

**ORDERED** that the Amended Complaint is hereby **DISMISSED WITH PREJUDICE** as to the Morristown Defendants and the St. Clare's Defendants.

/s/ William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**